# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROUSH FENWAY SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LM INSURANCE CORPORATION, LIBERTY MUTUAL INSURANCE COMPANY and CAMBRIDGE UNDERWRITERS, LTD., <br><br> Defendants. | Case No.: 1:09-cv-472 <br><br> **DEFENDANTS' MOTION TO DISMISS** <br> [Fed. R. Civ. P. 12(b)(1)] <br> [Fed. R. Civ. P. (b)(6)]; [L.R. 7.3] |

Defendants, LM Insurance Corporation and Liberty Mutual Insurance Company (collectively, "Liberty Mutual"), hereby initially respond to the First Amended Complaint filed by Plaintiff, Roush Fenway Services, LLC ("Roush"), by incorporating their pending motion to dismiss Roush's original complaint, including all supporting legal memoranda, as if fully restated herein. The causes of action and factual allegations asserted against Liberty Mutual in the First Amended Complaint have not materially changed from those asserted in the original complaint, all of which were subject to Liberty Mutual's motion to dismiss. Liberty Mutual hereby reserves its right to answer the First Amended Complaint and raise all applicable affirmative defenses, counterclaims and/or cross-claims if its pending motion to dismiss is denied.

[Remainder of Page Intentionally Left Blank]

1

Respectfully submitted this the 23rd day of April, 2010.

                              ELMORE & WALL, P.A.

By:    /s/ J. Mark Langdon
        J. Mark Langdon, Esq. (NCSB No. 19359)
        Jessica E. Bowers, Esq. (NCSB Bo. 33870)
        Post Office Box 10937
        Raleigh, North Carolina 27605
        Phone:    (919) 865-9500
        Facsimile:   (919) 865-9501
        Email:  mark.langdon@elmorewall.com
                 jessica.bowers@elmorewall.com

*Attorneys for Defendants, LM Insurance Corp. and Liberty Mutual Insurance Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of April, 2010, he electronically filed the foregoing "**Motion to Dismiss**" with the Clerk of Court using the CM/ECF system that also electronically served the document upon counsel for the other parties as shown below.

                                        ELMORE & WALL, P.A.

                                        /s J. Mark Langdon, Esq.

                                        J. Mark Langdon, Esq. (NCSB No. 19359)
Jessica E. Bowers, Esq. (NCSB No. 33870)
Post Office Box 10937
Raleigh, North Carolina 27605
Phone:     (919) 865-9500
Facsimile:  (919) 865-9501
Email: mark.langdon@elmorewall.com
          jessica.bowers@elmorewall.com

*Attorneys for Defendants, LM Insurance Corp. and Liberty Mutual Insurance Company*

SERVED ON:

R. Steven DeGeorge, Esq.
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

*Attorneys for Plaintiff*

Andrew W. Lax, Esq.
McNair Law Firm
Two Wachovia Center
301 South Tryon Street, Suite 1615
Charlotte, NC 28282

*Attorneys for Co-Defendant*